989 F.2d 488
 Procoast Navigation Ltd., as Owner of M/V LLOYD BERMUD for
Exoneration from or Limitation of Liability
v.
Lloyd (Bermuda) Line, Ltd. v. Wurthmann (Mr. Heinrich);
Urrutia (Virginia Pineda), Estate of Urrutia (Victor) v.
Procoast Navigation Ltd., Wurthmann (Heinrich), Bindan
(Guenter), Schulze (Guenter), Glindemann (Heinrich), Engler
(Herman), Trans-Mar Agencies, Inc., Maher Terminals, Inc.,
Maher (Michael E., M. Brian, Basil), John Doe I, John Doe
II; Procoast Navigation
 NOS. 92-5165, 92-5635
 United States Court of Appeals,
Third Circuit.
 Feb 03, 1993
 
 Appeal From: D.N.J.,
 Wolin, J.
 
 
 1
 AFFIRMED.